COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Courtney Brimzey
Natchitoches Par. Det. Ctr.
299 Edwina Drive
Natchitoches, LA 71457

**REHEARING ACTION: August 24, 2011**

**Docket Number: 10   01123-KH**

**STATE OF LOUISIANA
VERSUS
COURTNEY BRIMZEY**

**Writ Application from Natchitoches Parish Case No. C-8376-B**

**BEFORE JUDGES:**

    **Hon. John D. Saunders
Hon. J. David Painter
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Courtney Brimzey** has this day been

    **DENIED.**

cc: Van Hardin Kyzar, Counsel for  the Respondent